# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

Great Lakes Gas Transmission
Limited Partnership,

                       Appellee,

           v.                              **No. 16-1101**

Essar Steel Minnesota LLC, et al.,

                       Appellants.

## APPELLANTS' BILL OF COSTS

Counsel for Appellants Essar Steel Minnesota LLC, Essar Steel Limited, Essar Steel India Limited and Essar Global Fund Ltd. ("Appellants") respectfully submit, pursuant to Rule 39 of the Federal Rules of Appellate Procedure and Rule 39A of the Local Rules for the United States Court of Appeals for the Eighth Circuit, this bill of costs and verifies the following itemized amounts:

1.     Docket fee: $505.00

    **Total:**     **$505.00**

Appellants reserve the right to request taxation of the cost for preparation and transmission of the trial transcript and record, premiums paid for Appellants' supersedeas bond, and the filing fee for the notice of appeal, from the United States

District Court, District of Minnesota, in accordance with Rule 39(e) of the Federal Rules of Appellate Procedure.

RESPECTFULLY SUBMITTED,

Dated: December 16, 2016

s/ Nicole M. Moen
Nicole M. Moen (#0329435)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7320
Facsimile: (612) 492-7077
nmoen@fredlaw.com

Douglas H. Flaum
Shahzeb Lari
Amanda Pober
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
douglasflaum@paulhastings.com
shahzeblari@paulhastings.com
amandapober@paulhastings.com

**Attorneys for Defendants-Appellants**